IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 11–cv–01989–REB–KMT

AZEB KALEWOLD,

    Plaintiff,

v.

HOSPITAL SHARED SERVICES INC., (Doing Business as HSS Inc.),
WAYNE V. SCHELL, as President,
SALLY MARTINEZ, as Workers Compensation Manager,
TRI-STAR RISK MANAGEMENT, and
ALVARO HARO, as Claim Adjuster,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

"Plaintiff's Motion to Amend Complaint to Conform with Evidence" (Doc. No. 24, filed November 11, 2011) is GRANTED, pursuant to Fed. R. Civ. P. 15(a)(2). Plaintiff shall file her Third Amended Complaint and Jury Demand no later than November 21, 2011.

Dated: November 15, 2011