IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 11-cv-01989-REB-KMT

AZEB KALEWOLD,

    Plaintiff,

v.

HSS, INC. (Aviation and Government Services Division),
WAYNE V. SCHELL, as President, and
TRI-STAR RISK MANAGEMENT,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter is before the court on the **Joint Stipulation of Dismissal Pursuant To Fed. R. Civ. P. 41(a)(1)(A)** [#70][1] filed August 22, 2012. After reviewing the stipulation and the record, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Joint Stipulation of Dismissal Pursuant To Fed. R. Civ. P. 41(a)(1)(A)** [#70] filed August 22, 2012, is **APPROVED**;

    2. That the Trial Preparation Conference set for September 28, 2012, is **VACATED**;

    3. That the jury trial set to commence October 22, 2012, is **VACATED**; and

---

[1] "[#70]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

4. That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated August 22, 2012, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge